UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SANTANA OCAMPO,<br><br>    Petitioner,<br><br>    v.<br><br>HAROLD CLARKE,<br><br>    Respondent. | Case No. C07-5671FDB/JKA<br><br>ORDER GRANTING RESPONDENT AN EXTENSION OF TIME |

This 28 U.S.C. § 2254 petition has been assigned to the undersigned Magistrate Judge. Before the court is Respondent's motion for an extension of time to file an answer (Dkt. # 11). Counsel indicates he is missing volumes of the "Verbatim Report of Proceedings" is attempting to obtain those documents. Counsel shows the files were requested in a timely manner and has shown good cause for a continuance. Counsels motion is **GRANTED.** Counsel will have until **March 28 2008,** to file an answer.

The clerk is directed to send copies of this order to petitioner and counsel for respondent.

DATED this 21 day of February, 2008.

*/S/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

ORDER- 1