# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SANTANA OCAMPO | JUDGMENT IN A CIVIL CASE |
| v. | |
| HAROLD CLARK | CASE NUMBER: C07-5671FDB |

\_\_\_\_\_     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX      **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. The Court adopts the Report and Recommendation.

2. This petition is **DISMISSED WITH PREJUDICE.**


May 30, 2008                                        BRUCE RIFKIN
                                                                   Clerk

                                                              s/ D. Forbes
                                                           By, Deputy Clerk