DISTRICT JUDGE FRANKLIN D. BURGESS
MAGISTRATE JUDGE J. KELLEY ARNOLD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| SANTANA OCAMPO,<br><br>        Petitioner,<br><br>v.<br><br>HAROLD CLARKE,<br><br>        Respondent. | NO. C07-5671 FDB/JKA<br><br>ORDER GRANTING WRIT OF HABEAS CORPUS<br><br>(PROPOSED) |

In view of the Ninth Circuit's June 9, 2011 published opinion in *Ocampo v. Vail*, Ninth Circuit Cause No. 08-35586, Ocampo's petition for writ of habeas corpus is GRANTED. Respondent is directed to release Ocampo from custody unless the State of Washington initiates proceedings in the Pierce County Superior Court within a reasonable period of time, or no later than 120 days from the date this Court enters its Order granting the writ.

DATED this __17__ day of July, 2012.

FRANKLIN D. BURGESS  *Benjamin H. Settle*
United States District Judge

---

ORDER GRANTING WRIT OF HABEAS CORPUS
NO. C07-5671 FDB/JKA

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

Case 3:07-cv-05671-BHS   Document 38-1   Filed 07/03/12   Page 2 of 3

1  Submitted by:
2  ROBERT M. MCKENNA
   Attorney General
3

4  s/ Gregory J. Rosen
   GREGORY J. ROSEN, WSBA #15870
5  Assistant Attorney General
   GregR@atg.wa.gov
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING WRIT OF HABEAS            2            ATTORNEY GENERAL OF WASHINGTON
CORPUS                                                        Corrections Division
NO. C07-5671 FDB/JKA                                            PO Box 40116
                                                         Olympia, WA 98504-0116
                                                              (360) 586-1445